# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0094
Lower Tribunal Nos. 20-33AP & 18-17256CC

_____

**RM & Associates Consulting, Inc., a/a/o Iran Mendez,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Font & Nelson, PLLC, and Jose P. Font and Jaime Martin (Fort Lauderdale), for appellant.

Lewis Brisbois Bisgaard & Smith LLP, and Kathryn L. Ender and Keoki Baron, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.